IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RACHEL ROSE FASHINGBAUER,

      Plaintiff,                                    ORDER

                                                     16-cv-88-bbc

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On February 2, 2016, plaintiff Rachel Rose Fashingbauer filed this lawsuit against defendant Carolyn W. Colvin challenging defendant's denial of her application for Supplemental Social Security Income. On April 29, 2016, defendant filed her answer and a copy of the transcript from plaintiff's social security hearing. The court then set a briefing schedule which provided that plaintiff's brief in support of her appeal was to be filed on June 13, 2016, defendant's brief in opposition was to be filed on July 28, 2016 and plaintiff's reply brief was to be filed on August 13, 2016. However, plaintiff has yet to file her brief in support. In light of plaintiff's failure to comply with the court's deadlines for filing her brief in support of her appeal, I am revising the briefing schedule as set forth below.

ORDER

IT IS ORDERED that plaintiff's brief in support of her appeal is due on or before August 28, 2016; defendant's brief in opposition is due on or before October 13, 2016; plaintiff's reply is due October 27, 2016. Plaintiff's failure to file her brief in support on or before the above deadline will result in dismissal of her complaint for failure to prosecute.

Entered this 18th day of August, 2016.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge