IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RACHEL R. FASHINGBAUER,

        Plaintiff,

v.                                                 Case No. 16-cv-88-bbc

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

        Defendant.

---

## ORDER

---

    This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that: This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and then issue a new decision.

    SO ORDERED this 25th day of October, 2016.

                                                              *Barbara B. Crabb*
                                                              HON. BARBARA B. CRABB
                                                              United States District Judge